| | |
|---|---|
| 1 | **ALAN H. COLLIER - Bar No. 150449** |
| | **JED P. WHITE – Bar No. 232339** |
| 2 | **MENDES & MOUNT, LLP** |
| | 725 South Figueroa Street, 19th Floor |
| 3 | Los Angeles, California 90017-5419 |
| | Telephone: (213) 955-7700 |
| 4 | Facsimile: (213) 955-7725 |

Attorneys for Defendant,
**HUNTLEIGH USA CORPORATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS LANE, | Case No.: C05-03837 |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL |
| | ORDER CLOSING FILE |
| HUNTLEIGH USA CORPORATION, a corporation; and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a) (1).

DATED: ~~November~~ DECEMBER 9, 2005

_____
LOIS LANE

_____
Matthew D. Haley
Attorney for Plaintiff

DATED: ~~November 14, 2005~~ January 3, 2006

_____
HUNTLEIGH USA CORPORATION

_____
Jed P. White
Attorney for DEFENDANT

Pursuant to the parties' stipulation, the Clerk of Court shall close the file.
IT IS SO ORDERED.

Stipulation of Dismissal
M:\MMCases\389150\PLEADGS\Stip.Dismissal.doc

- 1 -

[Seal: United States District Court, Northern District of California — Judge Maria-Elena James]

PROOF OF SERVICE
1013A(3) C.C.P. Revised 5-1-88

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 S. Figueroa St., 19th Floor, Los Angeles, California.

On **January 6, 2006** I caused the document(s) described as: **STIPULATION OF DISMISSAL,** to be served on the interested party(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Matthew D. Haley, Esq.
The Haley Law Offices, P.C.
1633 San Pablo Avenue
Oakland, CA 94612-1505
Tel: 510-444-1881
Fax: 510-444-5108

__X__ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ (BY FACSIMILE) I transmitted from a facsimile transmission machine whose telephone number is (213) 955-7725 the following documents described above to the individuals on the attached service list whose facsimile transmission machine telephone numbers are listed on the attached service list. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand via Attorneys Diversified Services to the offices of the addressee.

Executed on **January 6, 2006**, at Los Angeles, California.

__X__ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 6, 2006**, at Los Angeles, California.

Lissette M. Fernández

Proof of Service                        M:\MMCases\389150\PLEADGS\Proof of Service.doc